UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JUDY WAERNESS,
    Plaintiff,

v.

ALLSCRIPTS HEALTHCARE US, LP.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:14-CV-335-F**

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss [DE-13] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on February 10, 2015, and Copies To:**

Donald Carrington Davis (via CM/ECF Notice of Electronic Filing)
Laura Noble (via CM/ECF Notice of Electronic Filing)
Nicholas Joseph Sanservino, Jr. (via CM/ECF Notice of Electronic Filing)
Kevin Patrick Murphy (via CM/ECF Notice of Electronic Filing)
Jerry H. Walters, Jr. (via CM/ECF Notice of Electronic Filing)

DATE
February 10, 2015

JULIE RICHARDS JOHNSTON, CLERK
 /s/ Susan K. Edwards
(By) Susan K. Edwards, Deputy Clerk